IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RYAN ALEXANDER MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-215 |
| | ) | |
| WARDEN EVAN JOSPEH, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court adopts the Magistrate Judge's Report and Recommendation, to which objections have been filed, except as provided below. (doc. nos. 33, 35, 37, 38).

The Court declines to adopt the recommendation to allow Plaintiff's individual capacity claim for nominal damages against Warden Joseph under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a). (See doc. no. 30, pp. 6-8, 10.) RLUIPA does not create a private action for money damages against officials sued in their individual capacities. See 42 U.S.C. § 2000cc-2(a); see also Smith v. Allen, 502 F.3d 1255, 1275 (11th Cir. 2007), *abrogated on other grounds*, Sossamon v. Texas, 563 U.S. 277 (2011).

Although not addressed in the Report and Recommendation, the Court dismisses Plaintiff's official and individual capacity claims for injunctive relief under RLUIPA against

Warden Joseph because Plaintiff was transferred from Richmond County Correctional Institute to Calhoun State Prison. See McKinnon v. Talladega Cty., 745 F.2d 1360, 1363 (11th Cir. 1984) (holding general rule is prisoner's transfer to new prison moots claims for injunctive relief); Davila v. Marshall, 649 F. App'x 977, 979-80 (11th Cir. 2016) (citing Spears v. Thigpen, 846 F.2d 1327, 1328 (11th Cir. 1988)) (same).

In sum, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as modified herein, as its opinion, **GRANTS** Warden Joseph's motion to dismiss, (doc. no. 23), **DISMISSES** Plaintiff's monetary claims for compensatory, punitive, and nominal damages against Warden Joseph in both his individual and official capacity, **DISMISSES** Plaintiff's RLUIPA claim for injunctive relief as moot, and **DISMISSES** Plaintiff's claim for First Amendment Free Exercise violations. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this 5th day of March, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA