IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RYAN ALEXANDER MAYS,               )
                                   )
                                   )
          Plaintiff-Appellee,      )
                                   )
vs.                                )     Case No. CV 119-215
                                   )
                                   )     Appeal No. 21-10919
WARDEN EVAN JOSEPH,                )
                                   )
                                   )
          Defendant-Appellant.     )

O R D E R

The appeal in the above-styled action having been vacated and
remanded in part; affirmed in part by the United States Court of
Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States
Court of Appeals for the Eleventh Circuit is made the order of this
Court.

SO ORDERED, this ___2nd___ day of ___February___, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA